AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stillman, F. Bradford | U.S. District Court, Eastern District of Virginia | 05/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court, Eastern District of Virginia
600 Granby Street, Suite 181
Norfolk, VA 23510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stillman, F. Bradford | 05/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stillman, F. Bradford | 05/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Key Bank USA | Loan for Tuition | K |
| 2. | CitiBank | Loan for Tuition | K |
| 3. | Sallie Mae | Loan for Tuition | L |
| 4. | American Express | Credit Card | L |
| 5. | Chase | Credit Card | K |
| 6. | Bank of America | Credit Card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Stillman, F. Bradford | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Account | A | Interest | J | T | | | | | |
| 2. IRA #1 | A | Dividend | K | T | | | | | |
| 3. - FASGX | | | | | Sold (part) | 02/08/11 | J | A | |
| 4. 9th & Cary Ltd. Partnership (Ltd. Partner) Richmond, VA (Y) | | | | | | | | | |
| 5. Schwab Money Market Account | A | Interest | J | T | | | | | |
| 6. American Beacon Large Co Val Plan | C | Dividend | J | T | Sold (part) | 05/31/11 | J | A | |
| 7. Baron Growth | C | Dividend | J | T | Sold (part) | 12/09/11 | J | A | |
| 8. DFA Emerging Markets Value | A | Dividend | J | T | Sold (part) | 12/09/11 | J | A | |
| 9. DFA US Large Cap Value | C | Dividend | J | T | Buy | 04/04/11 | J | | |
| 10. | | | | | Sold (part) | 10/19/11 | J | A | |
| 11. Eaton Vance Floating Rate I | C | Dividend | J | T | Sold (part) | 05/31/11 | J | A | |
| 12. Growth Fund of America F1 | C | Dividend | J | T | Sold (part) | 04/08/11 | J | A | |
| 13. Harbor International Inv | A | Dividend | J | T | Sold (part) | 04/04/11 | J | A | |
| 14. | | | | | Sold (part) | 04/08/11 | J | A | |
| 15. | | | | | Sold (part) | 05/31/11 | J | A | |
| 16. | | | | | Sold (part) | 10/19/11 | J | A | |
| 17. Artio International Equity II-A(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stillman, F. Bradford | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO Total Return | B | Dividend | L | T | Sold (part) | 04/04/11 | J | A | |
| 19. | | | | | Sold (part) | 04/08/11 | J | A | |
| 20. | | | | | Sold (part) | 05/31/11 | J | A | |
| 21. Western Asset Core I | B | Dividend | K | T | | | | | |
| 22. Wisdom Tree Intl Small Cap Div | A | Dividend | J | T | | | | | |
| 23. iShares Russel Midcap Index | A | Dividend | J | T | | | | | |
| 24. iShares Russel Midcap Value | A | Dividend | J | T | | | | | |
| 25. iShares S&P 500 Index Fund | D | Dividend | K | T | Buy (add'l) | 04/04/11 | J | | |
| 26. Black Rock Global Allocation A | A | Dividend | J | T | Buy (add'l) | 07/21/11 | J | | |
| 27. | | | | | Buy (add'l) | 12/19/11 | J | | |
| 28. Ivy Asset Strategy A | A | Dividend | | | Sold | 04/08/11 | J | A | |
| 29. Vanguard Short Term Bond EFT | A | Dividend | J | T | | | | | |
| 30. Rydex Russell Top 50 | D | Dividend | J | T | Buy (add'l) | 10/19/11 | J | | |
| 31. Vanguard Emerging Markets ETF | C | Dividend | J | T | Buy (add'l) | 04/04/11 | J | | |
| 32. Highland Long Short Equity | A | Dividend | | | Sold | 04/04/11 | J | A | |
| 33. Templeton Global Bond (X) | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 34. Wisdom Tree Large Cap Dividend (X) | A | Dividend | J | T | Buy | 10/19/11 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stillman, F. Bradford | 05/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1, Part VII: The following were mentioned on the 2010 Financial Disclosure Report:

  Line 2 - T. Rowe Price Balanced Fund - Mutual Fund (Sold on 7/15/10)
  Line 6 - JIR Limited Partnership (Ltd. Partner), Fairfax, VA (Dissolved on 12/31/09)
  Line 8 - Northern Virginia Bev. Co. (Ltd. Partner), Fairfax, VA(Dissolved on 12/31/09)

These three entities are not listed separately in VII, but are described here for the sake of clarity.  No income was received from these entities in 2011.

Note #2, Part VII:  9th & Cary Limited Partnership (Ltd. Partner), Richmond, VA, was dissolved on December 31, 2010.  No income was received in 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ F. Bradford Stillman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544